FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0218

_____

KEVIN BARBER,

      Plaintiff and Appellant,

    v.                                    O R D E R

BRADFORD ACQUATIC GROUP, LLC,

      Defendant and Appellee.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on June 19, 2023, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant's appendix does not contain the relevant documents. Accordingly, while the Court accepts filing of Appellant's opening brief, the Court requests Appellant electronically file the relevant documents from which he appeals.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court the relevant judgment or orders from which the appeal is taken, and that copies of the relevant judgment or orders be served on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or orders.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
June 21 2023